**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:19-CV-20614-MGC

| | |
|---|---|
| KENNETH D. OWENS; SAMANTHA A. HOLLEY; KARA L. GARIGLIO; NICOLETTA PANTELYAT; ISABELLE SCHERER; JONATHAN TULE; and KELSEA D. WIGGINS, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and BANK OF AMERICA CORPORATION,<br><br>   Defendants. | CLASS ACTION |

## JOINT NOTICE OF SETTLEMENT

The parties to this action – Plaintiffs Kenneth D. Owens, Samantha A. Holley, Kara L. Gariglio, Nicoletta Pantelyat, Isabelle Scherer, Jonathan Tule, and Kelsea D. Wiggins, on behalf of themselves and all others similarly situated, and Defendants Bank of America, N.A. and Bank of America Corporation – hereby jointly notify the Court that they have reached a proposed resolution to this action.

In light of this development, rather than proposing a schedule at this time, the parties respectfully request leave up to and including May 31, 2019 for Plaintiffs to move for preliminary approval of the proposed settlement, after first documenting a formal settlement agreement and related materials and performing other necessary settlement-related tasks. The parties also intend to submit a proposed Protective Order to govern the use of confidential customer information.

<table>
<tr><td>Dated: April 25, 2019</td><td>Respectfully submitted,</td></tr>
</table>

| | |
|---|---|
| By: s/ James R. Liebler, II<br>    James R. Liebler, II | By: s/ Frank S. Hedin<br>    Frank S. Hedin |
| ANDREW KEMP-GERSTEL<br>Florida Bar No. 0044332<br>akg@lgplaw.com; mkv@lgplaw.com<br>JAMES R. LIEBLER, II<br>Florida Bar No. 115348<br>JRLII@lgplaw.com; mkv@lgplaw.com<br>**LIEBLER, GONZALEZ & PORTUONDO**<br>Courthouse Tower - 25th Floor<br>44 West Flagler Street<br>Miami, Florida 33130<br>Tel: (305) 379-0400<br>Fax: (305) 379-9626<br><br>DAVID L. PERMUT (*pro hac vice*)<br>dpermut@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>901 New York Avenue NW<br>Washington, DC  20001<br>Tel.: (202) 346-4000<br>Fax.: (202) 346-4444<br><br>ALYSSA A. SUSSMAN (*pro hac vice*)<br>asussman@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel: (212) 813-8800<br><br>*Attorneys for Defendants* | FRANK S. HEDIN<br>Florida Bar No. 109698<br>fhedin@hedinhall.com<br>**HEDIN HALL LLP**<br>1395 Brickell Ave, Suite 900<br>Miami, Florida 33131<br>Tel: (305) 357-2107<br>Fax: (305) 200-8801<br><br>ROBERT AHDOOT (*pro hac vice*)<br>California Bar No. 172098<br>rahdoot@ahdootwolfson.com<br>**AHDOOT & WOLFSON, P.C.**<br>10728 Lindbrook Drive<br>Los Angeles, California 90024<br>Tel: (310) 474-9111<br>Fax: (310) 474-8585<br><br>*Attorneys for Plaintiffs* |